

Colleen M. Ready, Esquire
Direct Dial: 856-727-6013
Wiacovone@margolisedelstein.com
File No. 23550.1-00003

ATTORNEYS AT LAW
www.margolisedelstein.com

**SOUTH NEW JERSEY OFFICE:**\*
**100 Century Parkway, Suite 200**
**P.O. Box 5084**
**Mt. Laurel, NJ 08054**
**856-727-6000**
**Fax: 856-727-6010**
_____

PHILADELPHIA OFFICE:*
The Curtis Center
170 S. Independence Mall W.
Suite 400E
Philadelphia, PA 19106-3337
215-922-1100

PITTSBURGH OFFICE:
535 Smithfield Street
Suite 1100
Pittsburgh, PA 15222
412-281-4256

SCRANTON OFFICE:*
220 Penn Avenue
Suite 305
Scranton, PA 18503
570-342-4231

HARRISBURG OFFICE:*
214 Senate Avenue, Suite 402
Camp Hill, PA 17011
717-975-8114

WESTERN PA OFFICE:
971 Third Street, Suite 2
Beaver, PA 15009
724-774-6000

CENTRAL PA OFFICE:
P.O. Box 628
Hollidaysburg, PA 16648
814-695-5064

NORTH NEW JERSEY OFFICE:
Connell Corporate Center
400 Connell Drive
Suite 5400
Berkeley Heights, NJ 07922
908-790-1401

DELAWARE OFFICE:
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
302-888-1112

*Member of the Harmonie Group

December 19, 2025

The Honorable Tonianne J. Bongiovanni, USMJ
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Re:  D.P. and Maryann and Peter P. v. Friends of Cyrus Inc., et al.
     Case No.:  3:24-cv-7734

Dear Judge Bongiovanni:

This office represents the defendant in the above matter. Please accept this as a status report by the parties pursuant to your most recent case management order.

Written discovery is complete, and the plaintiffs have been deposed. The parties anticipate the depositions of the defendant representatives going forward in February. Once the defense depositions are complete the parties will either retain their respective experts. The parties have also continued settlement discussions.

Please advise in the event the court has any additional questions.

Respectfully,

MARGOLIS EDELSTEIN

By:   */s/ Colleen M. Ready*
      COLLEEN M READY

CMR/WHI
cc:   Kevin B. Riordan, Esquire