# MARGOLIS EDELSTEIN

Colleen M. Ready, Esquire
Direct Dial: 856-727-6013
Wiacovone@margolisedelstein.com
File No. 23550.1-00003

ATTORNEYS AT LAW
www.margolisedelstein.com

**SOUTH NEW JERSEY OFFICE:***
**100 Century Parkway, Suite 200**
**P.O. Box 5084**
**Mt. Laurel, NJ 08054**
**856-727-6000**
**Fax: 856-727-6010**
_____

PHILADELPHIA OFFICE:*
The Curtis Center
170 S. Independence Mall W.
Suite 400E
Philadelphia, PA 19106-3337
215-922-1100

PITTSBURGH OFFICE:
535 Smithfield Street
Suite 1100
Pittsburgh, PA 15222
412-281-4256

SCRANTON OFFICE:*
220 Penn Avenue
Suite 305
Scranton, PA 18503
570-342-4231

HARRISBURG OFFICE:*
214 Senate Avenue, Suite 402
Camp Hill, PA 17011
717-975-8114

WESTERN PA OFFICE:
971 Third Street, Suite 2
Beaver, PA 15009
724-774-6000

CENTRAL PA OFFICE:
P.O. Box 628
Hollidaysburg, PA 16648
814-695-5064

NORTH NEW JERSEY OFFICE:
Connell Corporate Center
400 Connell Drive
Suite 5400
Berkeley Heights, NJ 07922
908-790-1401

DELAWARE OFFICE:
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
302-888-1112

*Member of the Harmonie Group*

July 10, 2026

The Honorable Tonianne J. Bongiovanni, USMJ
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Re:     D.P. and Maryann and Peter P. v. Friends of Cyrus Inc., et al.
        Case No.:  3:24-cv-7734

Dear Judge Bongiovanni:

This office represents the defendant in the above matter. Please accept this in response to your directive received via email July 7, 2026, concerning a potential settlement conference. To that end, the parties are making progress with discovery but are not yet in a position to have a settlement conference.

Please advise in the event the court has any additional questions.

Respectfully,

MARGOLIS EDELSTEIN

*/s/ Colleen M. Ready*
By:     COLLEEN M READY

CMR/WHI
cc:     Kevin B. Riordan, Esquire